UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Vikki Mowery, 1:19-cv-3884

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Vikki Mowery. Plaintiff Vikki Mowery died on or about May 26, 2024. The Death Certificate is attached hereto as Exhibit "A".

Dated: August 20, 2025

Respectfully Submitted,
**THE JOEL BIEBER FIRM**
*/s/ Melissa Fry Hague*
Melissa Fry Hague, Esq.
The Joel Bieber Firm
Two Liberty Place
50 S. 16th Street, Suite 1700
Philadelphia, PA 19102
P: 215-999-9183
mhague@joelbieber.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

*/s/ Melissa Fry Hague*

*Attorney for Plaintiff*

# EXHIBIT "A"

2024004311

## United States of America



State of West Virginia                                           County of Randolph, ss:

# Death Certificate

I, Brenda Wiseman, Clerk of the Randolph County Commission, and as such, custodian of the records of Deaths, hereby certify that Death Record Book **33** Page **596** in my office will show:

**Name:**     **VIKKI M MOWERY**
**SSN:**       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

### Death Record Information

| | | | |
|---|---|---|---|
| Birth Date: | September 14, 1962 | Birth Place: | Parsons, WV United States |
| Death Date: | May 26, 2024 | Death Place: | Harman, WV United States |
| Date Recorded: | June 04, 2024 | | |
| State File Date: | June 04, 2024 | | |
| Age: | 61 years | | |
| Sex: | FEMALE | | |
| Attendant: | JENNIFER BURKY APRN / PA | | |
| Cause of Death: | PRESUMED HYPOTENSION; PRESUMED KIDNEY FAILURE; CKD STAGE 5 ON HEMODIALYSIS; INSULIN DEPENDENT TYPE 2 DIABETES MELLITUS | | |
| Marital Status: | MARRIED | | |
| Spouse: | RALPH MOWERY SR | | |
| Mother: | SUE ANN CARR | | |
| Father: | KEY FRANKLIN PITTMAN | | |

In Testimony Whereof, I have hereunto affixed my Signature and Official Seal on Monday, June 10, 2024.

*Brenda Wiseman*
Brenda Wiseman
Clerk of the Randolph County Commission

By  *Ryan C Stanley*
Ryan Stanley
Deputy Clerk

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.