IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Vikki Mowery and Ralph R. Mowery, Sr., wife and husband

Civil Case # 1:19-cv-3884-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Vikki Mowery, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Ralph R. Mowery, Sr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Ralph R. Mowery, Sr., Authorized Successor of the Estate of Vikki Mowery

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   West Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   West Virginia

6. Plaintiff's/Deceased Party's current state of residence:
   West Virginia

7. District Court and Division in which venue would be proper absent direct filing:
   West Virginia Northern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   [✔] Cook Incorporated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:
      N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   - [✔] Günther Tulip® Vena Cava Filter
   - [ ] Cook Celect® Vena Cava Filter
   - [ ] Gunther Tulip Mreye
   - [ ] Cook Celect Platinum
   - [ ] Other: _____

11. Date of Implantation as to each product:

    February 11, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    WVU Medicine
    Morgantown, WV

13. Implanting Physician(s):

    Lakshmikumar Pillai, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✔] Count I:    Strict Products Liability – Failure to Warn
    - [✔] Count II:   Strict Products Liability – Design Defect
    - [✔] Count III:  Negligence
    - [✔] Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |
| ✔ | Count VII: | Violations of Applicable __West Virginia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ✔ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ✔ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Melissa Fry Hague
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

| The Joel Bieber Firm |
|---|
| Two Liberty Place, 50 S 16th Street, Suite 1700, Philadelphia, PA 19102 |
| Pennsylvania Bar No.: 202850 |

        Respectfully submitted,

        **The Joel Bieber Firm**

        **/s/Melissa Fry Hague**
        Melissa Fry Hague, PA Atty. No. 202850
        **The Joel Bieber Firm**
        Two Liberty Place
        50 S 16th Street, Suite 1700
        Philadelphia, PA 19102
        Telephone: (804) 800-8000
        Facsimile: (610) 860-6352
        mhague@joelbieber.com
        *Counsel for Plaintiffs*