IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-3884-RLY-TAB   Mowery

**ORDER ON MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Plaintiff Ralph Mowery, personal representative for the estate of Vikki Mowery, moves the Court to maintain under seal Filing Nos. 27050 and 27137 in this case. [Filing No. 27430.] Plaintiff's basis for moving to maintain these documents under seal is that they contain Plaintiff's death certificate, which contains personal identifiers—specifically, Plaintiff's full date of birth and social security number—which should be maintained under seal according to Federal Rule of Civil Procedure 5.2. Plaintiff provided a redacted version of the documents that is publicly available. [Filing No. 27430-1.] Plaintiff sets forth good cause to maintain these exhibits under seal. Accordingly, Plaintiff's motion [Filing No. 27430] is granted. The Clerk is directed to maintain Filing Nos. 27050 and 27137 under seal.

Date: 11/24/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.